■ KENNETH PHILLIPS et al., Appellants, v TOWN OF SPAFFORD, Respondent. (Appeal No. 2.) [679 NYS2d 915] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.

■ RODNEY MCLAURIN, Appellant, v DANIEL A. ANTONACCI et al., Respondents. [679 NYS2d 916] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.

**50** In the Matter of RICHARD G. B., Petitioner, v W. MICHAEL WOODHOUSE, as Commissioner of Livingston County Department of Social Services, et al., Respondents. [679 NYS2d 916] —Determination unanimously annulled on the law without costs and petition granted. Memorandum: In this CPLR article 78 proceeding transferred to our Court pursuant to CPLR 7804 (g), petitioner challenges the determination, made following a fair hearing, that denied his application to expunge a report to the State Central Register indicating that petitioner had maltreated his teenaged daughter (*see,* Social Services Law § 422). Upon our review of the record, we conclude that the Livingston County Department of Social Services failed to prove maltreatment by a fair preponderance of the evidence (*see, Matter of Lee TT. v Dowling,* 87 NY2d 699, 712, *rearg denied sub nom. Matter of Joel P. v Bane,* 88 NY2d 920; *Matter of John F. v Dowling,* 224 AD2d 964). Thus, the determination must be annulled and the indicated report expunged. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Livingston County, Cicoria, J.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.